UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS OGLESBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV191 HEA |
| ) | |
| CITY OF JENNINGS and ALLEN D. ) | |
| STICHNOTE, in his Official Capacity as ) | |
| Council Member and in his Individual ) | |
| Capacity, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on the Plaintiff's Motion for Leave to File an Amended Complaint, [Doc. No. 8], Plaintiff's Motion to Dismiss Count V, [Doc. No. 9], and Defendants' Motion for More Definite Statement, [Doc. No. 2].

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint to correct a scrivener's error is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss Count V is GRANTED.

**IT IS FURTHER ORDERED** that Count V is dismissed, without prejudice.

**IT IS FURTHER ORDERED** that the Motion for More Definite Statement

is DENIED as MOOT by the dismissal of Count V.

Dated this 14th day of April, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE